McCALL *v.* BRANCH, receiver.

HILL, J. Upon a careful review of the record in this case, we hold that the court did not err in disapproving the exceptions of fact, nor in overruling the exceptions of law to the auditor's report.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
No. 744. JUNE 14, 1918.

Intervention.  Before Judge Bell.  Fulton superior court.  November 19, 1917.

*Hamilton & Hamilton* and *H. L. Lanham,* for plaintiff.

*C. P. Goree* and *Brandon & Hynds,* for defendant.